AUNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jerald Boitnott, | Court File No.  18-cv-03118 (JNE/KMM) |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Drkula's 32 Bowl and Grove Bowl, Inc., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED**,** by and between Plaintiff Jerald Boitnott (Boitnott or Plaintiff) and Defendants Drkula's 32 Bowl and Grove Bowl, Inc. (Drkula's or Defendants) (collectively the Parties), through their respective counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all claims asserted in the above-entitled litigation against Defendants, including all claims for costs and attorney fees, shall be, and the same are hereby, dismissed with prejudice and without further cost to any of the parties hereto.

IT IS FURTHER STIPULATED AND AGREED that any party, without notice to another, may cause judgment of dismissal with prejudice to be entered herein related to Defendants.

**IT IS HEREBY AGREED AND STIPULATED**:

Dated: April 8, 2019                           By:   /s/Patrick W. Michenfelder
                                                     Patrick W. Michenfelder (024207X)
                                                     Throndset Michenfelder, LLC
                                                     Cornerstone Building
                                                     One Central Avenue West, Suite 101
                                                     St. Michael, MN  55376
                                                     Telephone:  (763) 515-6110
                                                     Email:   pat@throndsetlaw.com


                                                     *Attorneys for Plaintiff*


Dated:  April 4, 2019                          By:    /s/ Jacalyn N. Chinander
                                                     Bradley J. Lindeman (#0298116)
                                                     Jacalyn N. Chinander (#0388266)
                                                     Meagher & Geer, P.L.L.P.
                                                     33 South Sixth Street, Suite 4400
                                                     Minneapolis, MN  55402
                                                     Telephone:  (612) 338-0661
                                                     Facsimile:  (612) 338-8384
                                                     Email:  blindeman@meagher.com
                                                             jchinander@meagher.com


                                                     *Attorneys for Defendants Drkula's 32*
                                                     *Bowl and Grove Bowl, Inc.*

2