UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jerald Boitnott, | Court File No. 18-cv-03118 (JNE/KMM) |
| Plaintiff, | |
| v. | ORDER |
| Drkula's 32 Bowl and Grove Bowl, Inc., | |
| Defendants. | |

On April 9, 2019, the parties filed a joint Stipulation of Dismissal with Prejudice [Dkt. No. 13]. Based on the stipulation, this action is dismissed with prejudice, without taxation of costs or attorney fees to any party.

IT IS SO ORDERED.

Dated: April 9, 2019

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge